# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY B. WASHINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV 18-097-RAW-SPS |
| | ) |
| SGT. MILLER, et al., | ) |
| | ) |
| Defendants, | ) |

## OPINION AND ORDER

On December 3, 2018, the Court denied Plaintiff's motion for reconsideration of the denial of his motion for leave to proceed *in forma pauperis* (Dkt. 14). The *ifp* motion was denied because Plaintiff had accumulated at least three "strikes" under 28 U.S.C. § 1915(g), and he did not allege he was in imminent danger of serious physical injury at the time he filed the complaint (Dkt. 9). Plaintiff now has filed three additional motions for reconsideration of the Court's denial of his *ifp* motion (Dkts. 18, 20, 21).

In his present motions for reconsideration, Plaintiff presents essentially the same claims as were set forth in his first motion for reconsideration (Dkt. 10) plus assertions that at his present facility, other inmates have threatened and fought him. This additional information is not relevant, however, because the complaint only concerned incidents and defendants at the prior facility.

**ACCORDINGLY,** Plaintiff's motions to reconsider the denial of his motion to proceed *in forma pauperis* (Dkts. 18, 20, 21) are DENIED. Plaintiff's second motion for appointment of counsel (Dkt. 22) is DENIED AS MOOT.

**IT IS SO ORDERED** this 3rd day of September 2019.

Ronald A. White
United States District Judge
Eastern District of Oklahoma